Carlayne Sims, Appellant, v United States of America Governing Body et al., Respondents.

Submitted January 12, 2015; decided February 19, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 1041 (2014)].

Judges STEIN and FAHEY taking no part.